IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 24-594-JLH |
| | : | |
| FREIGHTCAR AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties to this action, through the undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiff National Steel Car Limited to oppose Defendant FreightCar America's Motion to Dismiss (D.I. 11, 12) shall be extended through and including August 12, 2024, and that the deadline for FreightCar America to file a reply regarding that motion shall be extended through and including August 26, 2024. The Parties also stipulate that Plaintiff National Steel Car Limited may file an amended complaint through and including August 12, 2024 pursuant to Fed. R. Civ. P. 15(a)(2) and that FreightCar America may make any response thereto within 28 days after service of the amended pleading.

Dated: July ____, 2024.

| | |
|---|---|
| SHAW KELLER LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Andrew E. Russell | /s/ John C. Phillips, Jr. |
| John W. Shaw (#3362) | John C. Phillips, Jr. (#110) |
| Andrew E. Russell (#5382) | David A. Bilson (#4986) |
| 1105 North Market Street, 12th Floor | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 298-0700 | (302) 655-4200 |
| jshaw@shawkeller.com | jcp@pmhdelaw.com |
| arussell@shawkeller.com | dab@pmhdelaw.com |
| *Attorneys for Plaintiff National Steel Car Limited* | *Attorneys for Defendant FreightCar America, Inc..* |

2

SO ORDERED this _____ day of _____, 2024.

                                                                                                         The Honorable Jennifer L. Hall