IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| Plaintiff, | ) C.A. No. 24-594-JLH |
| v. | ) |
| FREIGHTCAR AMERICA, INC., | ) |
| Defendant. | ) |

**DEFENDANT FREIGHTCAR AMERICA, INC.'S MOTION TO DISMISS CLAIMS IN THE FIRST AMENDED COMPLAINT FOR WILLFUL AND INDUCED INFRINGEMENT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant FreightCar America, Inc. moves for an order dismissing Plaintiff National Steel Car Limited's claims in the first amended complaint (D.I. 19) for willful and induced patent infringement. The grounds for this motion are set forth in FreightCar America's Opening Brief filed concurrently herewith. A Local Rule 7.1.1 statement is not required for this motion.

Dated: September 9, 2024

*Of Counsel*

Brian C. Horne (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
(310) 551-3450
Brian.Horne@knobbe.com

Justin J. Gillett (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
Justin.Gillett@knobbe.com

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant
FreightCar America, Inc.*