IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 24-594-JLH-CJB |
| | : | |
| FREIGHTCAR AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties to this action, through the undersigned counsel and subject to the approval of the Court, that the deadline for defendant FreightCar America, Inc. to answer, plead or otherwise respond to the Second Amended Complaint (D.I. 56) shall be extended through and including April 22, 2025.

Dated: April 8, 2025

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (#3362)
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiff National Steel Car Limited*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Defendant FreightCar America, Inc..*

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Christopher J. Burke