# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2025, a copy of Counter-Claimants FreightCar America, Inc., FreightCar North America, LLC, JAC Operations, Inc. and FCA-FASEMEX, LLC's Identification of Claim Terms for Construction and Proposed Constructions was served on the following counsel via electronic means:

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
Safet.Metiahic@icemiller.com
Robert.Keeler@icemiller.com

Kenneth Sheehan
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Ken.sheehan@icemiller.com

Dated: May 16, 2025

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Defendants*