IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>      Plaintiff/Counterclaim-<br>      Defendant,<br><br>      v.<br><br>FREIGHTCAR AMERICA, INC.,<br>FREIGHTCAR NORTH AMERICA, LLC,<br>JAC OPERATIONS, INC., AND<br>FCA-FASEMEX, LLC,<br><br>      Defendant/Counterclaim-<br>      Plaintiffs. | C.A. No. 24-594-JLH-CJB |

### MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff National Steel Care Limited respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters as set forth in the parties' July 18, 2025 letter (D.I. 87).

|  |  |
|---|---|
|  | */s/ Andrew E. Russell* |
|  | Andrew E. Russell (No. 5382) |
| OF COUNSEL: | SHAW KELLER LLP |
| Safet Metjahic | I.M. Pei Building |
| Robert D. Keeler | 1105 North Market Street, 12th Floor |
| ICE MILLER LLP | Wilmington, DE 19801 |
| 1500 Broadway, Suite 2900 | (302) 298-0700 |
| New York, NY 10036 | arussell@shawkeller.com |
| (212) 824-4940 | *Attorneys for National Steel Car Limited* |

Kenneth Sheehan
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: July 18, 2025