IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) ) ) ) ) | |
| Defendant/Counterclaim-Plaintiffs. | ) ) | |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Defendant FreightCar America, Inc. respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters as set forth in the parties' July 18, 2025 letter (D.I. 87).

Dated: July 18, 2025

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants*