IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
|     Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) |
| | ) |
|     Defendant/Counterclaim-Plaintiffs. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 31, 2025, the following document was served on LitFCAL.001L@knobbe.com and on the persons listed below in the manner indicated:

1. Plaintiff National Steel Car Limited's Reply Claim Construction Brief

**BY EMAIL**

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
dab@pgmhlaw.com

Brian C. Horne
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
1925 Century Park East Suite 400
Los Angeles, CA  90067
brian.horne@knobbe.com

Justin J. Gillett
Sean M. Murray
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
949-760-0404
justin.gillett@knobbe.com
sean.murray@knobbe.com

| | |
|---|---|
| OF COUNSEL:<br>Safet Metjahic<br>Robert D. Keeler<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>(212) 824-4940<br><br>Kenneth Sheehan<br>ICE MILLER LLP<br>200 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>(202) 824-8666<br><br>Dated: August 1, 2025 | /s/ Lindsey M. Gellar<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for National Steel Car Limited* |