IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, )<br>)<br>    Plaintiff/Counterclaim- )<br>    Defendant, )<br>)<br>    v. )<br>)<br>FREIGHTCAR AMERICA, INC., )<br>FREIGHTCAR NORTH AMERICA, LLC, )<br>JAC OPERATIONS, INC., AND )<br>FCA-FASEMEX, LLC, )<br>)<br>    Defendant/Counterclaim- )<br>    Plaintiffs. ) | C.A. No. 24-594-JLH-CJB |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff National Steel Care Limited respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding discovery matters as set forth in its August 13, 2025 letter (D.I. 97).

OF COUNSEL:
Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: August 13, 2025

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for National Steel Car Limited*