# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 16, 2025, a copy of Defendant FreightCar America, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 61–74) was served on the following counsel via electronic means:

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940
Metjahic@icemiller.com
Robert.Keeler@icemiller.com

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Ken.sheehan@icemiller.com
Kevin.adams@icemiller.com

|  |  |
|---|---|
| Dated: September 16, 2025 | PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ David A. Bilson*<br>John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |