IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, <br><br>　　　Plaintiff/Counterclaim-Defendant, <br><br>　　v. <br><br>FREIGHTCAR AMERICA, INC., <br>FREIGHTCAR NORTH AMERICA, LLC, <br>JAC OPERATIONS, INC., AND <br>FCA-FASEMEX, LLC, <br><br>　　　Defendant/Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-594-JLH-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF DISCLAIMED PATENT CLAIM**

Plaintiff National Steel Car Limited ("NSC") respectfully notifies the Court that it has recently disclaimed claim 1 of U.S. Patent No. 8,162,892 (the "'892 Patent"). A copy of the disclaimer is attached as Exhibit A.

The disclaimer was filed in connection with the *Inter Partes* Review proceeding initiated by Defendant FreightCar America, Inc., in which claim 1 of the '892 Patent was the sole claim alleged to be anticipated by the asserted prior art. *See FreightCar America, Inc. v. National Steel Car Limited,* IPR2025-01046, Paper 1 (PTAB). Although NSC disagrees that claim 1 is anticipated, its disclaimer removes that argument from consideration while the IPR remains at the institution stage.

As a result of the disclaimer, claim 1 is no longer asserted by NSC in this litigation. The remaining asserted claims of the '892 Patent, as well as the asserted claims of U.S. Patent No. 8,132,515, remain in force.

|  |  |
|---|---|
| OF COUNSEL:<br>Safet Metjahic<br>Robert D. Keeler<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>(212) 824-4940<br><br>Kenneth Sheehan<br>Kevin Adams<br>ICE MILLER LLP<br>200 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>(202) 824-8666<br><br>Dated: October 31, 2025 | /s/ Virginia K. Lynch<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Virginia K. Lynch (No. 7423)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>glynch@shawkeller.com<br>*Attorneys for National Steel Car Limited* |