IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) ) ) ) ) | |
| Defendant/Counterclaim-Plaintiffs. | ) ) | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (D.I. 38), Plaintiff National Steel Car Limited ("NSC") and Defendants FreightCar America, Inc., FreightCar North America, LLC, JAC Operations, Inc., and FCA-FASEMEX, LLC (collectively, "FreightCar America") hereby provide their amended joint claim construction chart.

Below is a chart of the exhibits attached hereto:

| | |
|---|---|
| Exhibit A | U.S. Patent No. 8,132,515 |
| Exhibit B | U.S. Patent No. 8,166,892 |
| Exhibit C | '515 File History excerpts |
| Exhibit D | '892 File History excerpts |
| Exhibit E | U.S. Patent No. 4,348,962 to Smith |
| Exhibit F | U.S. Patent No. 4,800,820 to Tomaka |

The parties have agreed to the following constructions:

| **Claim Term** | **Construction** |
| --- | --- |
| "said second region of said sidewall extending downwardly or said first top chord"<br><br>('892 Patent, claim 2) | said second region of said sidewall extending downwardly of said first top chord. |
| "said sidewall stiffener having web continuity between said first and second portions thereof" ('892 Patent claims 1, 2; '515 Patent claims 40)<br><br>"said stiffener having vertical web continuity through said transition portion"<br><br>('892 Patent claim 4; '515 Patent claims 42) | Plain and ordinary meaning, i.e., said [sidewall] stiffener having substantial co-planar alignment of the first and second portions through a transition portion to resist shear force |
| "mate"<br><br>('892 Patent claims 10, 13, and 14; '515 Patent claim 18) | Plain and ordinary meaning, i.e., directly or indirectly connected to |
| "elephant ears"<br><br>('892 Patent, claim 2; '515 Patent, claims 7, 20, 24, 32)<br><br>and "shear webs ears"<br><br>('515 Patent, claim 18) | large, substantially triangular planar plates |

The parties dispute the construction of the following terms:[1]

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "sloped side sheet" ('892 Patent, claims 6, 7; '515 Patent, claim 43) | Plain and ordinary meaning, i.e., a sheet extending in a longitudinal direction with respect to a side of the hopper and which forms a sloped surface | Element 50 in Fig. 3b. '515 Patent at 15:39-16:5; Claim 43. '892 Patent at 13:50-55; 10:55; 15:1-24; 15:46-50; 16:58-65; Figs. 2a, 2b, 2c; Claims 6 and 7. Defendants' intrinsic evidence. | sloped portion of the side wall | '515 patent at Abstract, 15:6-29, 15:63-16:5, 16:34-53, 16:63-17:14, Figs. 1-3c. '892 patent at 15:9-13, 15:46-50, Figs. 1, 2c. Plaintiff's intrinsic evidence. |

---

[1] Citations to the '515 Patent or '892 Patent or their file histories include corresponding citations to the other patent or file history. Citations to text include corresponding citations to figures, and vice versa.

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 2 | "shear plate extending lengthwise along said draft sill and cross-wise from side to side of said hopper car"<br><br>('515 Patent, claims 1, 7, 18, 20)<br><br>"shear plate extending along said draft sill and cross-wise from side to side of said hopper car"<br><br>('515 Patent, claim 24)<br><br>"shear plate extending longitudinally along said draft sill and cross-wise from side to side of said hopper car"<br><br>('515 Patent, claim 32) | **NSC Original Proposed Construction**<br><br>Plain and ordinary meaning, i.e., shear plate having a length and width in a horizontal plane and extending both parallel and perpendicular to the longitudinal direction of the draft sill<br><br>**NSC Amended Proposed Construction**<br><br>Plain and ordinary meaning, i.e., shear plate extending [lengthwise along said draft sill / along said draft sill / longitudinally along said draft sill] and laterally from side sill to side sill | Element 76 in Figs. 1, 2c, 3a, 3c.<br><br>'515 Patent at 13:25-27; 13:34-36; 14:4-20; 14:26-31; 14:36-39; Claims 1, 7, 18, 20, 24, and 32.<br><br>Defendants' intrinsic evidence. | shear plate extending [lengthwise along said draft sill / along said draft sill / longitudinally along said draft sill] and across the entire lateral width of said hopper car | '515 patent at 3:39-41, 8:38-57, 11:57-64, 12:55-13:24, 13:30-36, 14:4-20, 17:31-33, 29:42, 29:51-53, 29:64-65, claims 1, 7, 18, 20, 24, 32.<br><br>Plaintiff's intrinsic evidence. |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 3 | **NSC Proposed Claim Term**<br><br>"flat bar"<br><br>('892 Patent, claim 15)<br><br>**FreightCar America Proposed Claim Term**<br><br>"made of flat bar"<br><br>('892 Patent, claim 15) | **NSC Proposed Construction for NSC Term**<br><br>Plain and ordinary meaning, i.e., a flat piece of steel with a largely rectangular cross section<br><br>**NSC Proposed Construction for Defendants' Term**<br><br>NSC disagrees that "made of" requires construction | Elements 332 and 334 in Figs. 7a, 7b.<br><br>'892 Patent at 21:30-33; Fig. 2c; Claim 15.<br><br>Defendants' intrinsic evidence. | **FreightCar America Proposed Construction for NSC Term**<br><br>[made of] a flat piece of steel with a largely rectangular cross section, whether or not bent<br><br>**FreightCar America Proposed Construction for its Term**<br><br>made of a flat piece of steel with a largely rectangular cross section, whether or not bent | '515 patent at 21:34-37, Figs. 7a, 7b.<br><br>'892 patent at 21:30-33, Claim 15, Figs. 7a, 7b.<br><br>'892 File History, Nov. 18, 2011 claim amendments (NSC000812-19).<br><br>Plaintiff's intrinsic evidence. |

3

| | |
|---|---|
| SHAW KELLER LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Andrew E. Russell* | */s/ John C. Phillips, Jr.* |
| John W. Shaw (#3362) | John C. Phillips, Jr. (#110) |
| Andrew E. Russell (#5382) | David A. Bilson (#4986) |
| 1105 North Market Street, 12th Floor | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 298-0700 | (302) 655-4200 |
| jshaw@shawkeller.com | jcp@pmhdelaw.com |
| arussell@shawkeller.com | dab@pmhdelaw.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Safet Metjahic | Brian C. Horne |
| Robert D. Keeler | Knobbe, Martens, Olson & Bear, LLP |
| Ice Miller LLP | 1925 Century Park East Suite 400 |
| 1500 Broadway, Suite 2900 | Los Angeles, CA 90067 |
| New York, NY 10036 | 302-551-3450 |
| (212) 824-4940 | |
| | Justin J. Gillett |
| Kenneth Sheehan | Sean M. Murray |
| Kevin Adams | Knobbe, Martens, Olson & Bear, LLP |
| Ice Miller LLP | 2040 Main Street, 14th Floor |
| 200 Massachusetts Ave NW, Suite 400 | Irvine, CA 92614 |
| Washington, DC 20001 | 949-760-0404 |
| (202) 824-8666 | |
| | *Attorneys for FreightCar America, Inc., FreightCar North America, LLC, JAC Operations, Inc., and FCA-FASEMEX, LLC* |
| *Attorneys for Plaintiff National Steel Car Limited* | |

Dated: November 10, 2025