IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiffs. | ) | |

**ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Plaintiff's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024, Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the claim construction hearing scheduled for November 18, 2025, beginning at 11:00 a.m., in the above captioned case, the following persons are exempt from the District of Delaware's May 17, 2024, Standing Order and shall be permitted to retain and use their personal electronic devices:

- Kenneth Sheehan (Attorney with National Steel Car Limited)
- Robert D. Keeler (Attorney with National Steel Car Limited)
- Kevin Adams (Attorney with National Steel Car Limited)

IT IS SO ORDERED this  17th   day of  November , 2025.

                                                  *Christopher J. Burke*
                                                  United States Magistrate Judge