IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>FREIGHTCAR AMERICA, INC.,<br>FREIGHTCAR NORTH AMERICA, LLC,<br>JAC OPERATIONS, INC., AND<br>FCA-FASEMEX, LLC,<br><br>    Defendant/Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-594-JLH-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

IT IS HEREBY ORDERED that the following terms in U.S. Patent Nos. 8,132,515 and 8,166,892 are construed as follows:

| Claim(s) | Term/Phrase | Claim Construction |
|---|---|---|
| '892 Patent, claims 6, 7;<br>'515 Patent, claim 43 | "sloped side sheet" | "a sheet extending in a longitudinal direction with respect to a side of the hopper and which forms a sloped surface" |
| '515 Patent, claims 1, 7, 18, 20, 24, 32 | "shear plate extending [lengthwise/longitudinally] along said draft sill and cross-wise from side to side of said hopper car" | "shear plate extending [lengthwise/longitudinally] along said draft sill and laterally from side sill to side sill, including a situation where there is an intermediate piece between the shear plate and the side sill" |
| '892 Patent, claim 15 | "flat bar" or "made of flat bar" | Not construed |

SO ORDERED on this  17th  day of  December                , 202 5  :

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE