IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) ) |
| | ) |
| v. | ) C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) ) ) ) |
| | ) |
| Defendant/Counterclaim-Plaintiffs. | ) ) |

**<u>PLAINTIFF'S NOTICE OF DISCLAIMED PATENT CLAIM</u>**

Plaintiff National Steel Car Limited ("NSC") respectfully notifies the Court that it has recently disclaimed claims 24-31 of U.S. Patent No. 8,132,515 (the "'515 Patent"). A copy of the disclaimer is attached as Exhibit A.

The disclaimer was filed in connection with the *Inter Partes* Review proceeding initiated by Defendants FreightCar America, Inc., in which claim 24 was the sole claim that the PTAB found to be reasonably likely to be invalid. *See FreightCar America, Inc. v. National Steel Car Limited*, IPR2025-01047, Paper 27 (PTAB). Although NSC disagrees that claim 24 is invalid, its disclaimer removes that argument from consideration. NSC also disagrees that claims 25-31, which depend from claim 24, are invalid but has disclaimed the same to similarly remove those arguments from consideration.

As a result of the disclaimer, claims 24-31 are no longer asserted by NSC in this litigation. The remaining asserted claims of the '515 Patent, as well as the asserted claims of U.S. Patent No. 8,162,892, remain in force.

|  |  |
|---|---|
| OF COUNSEL:<br>Safet Metjahic<br>Robert D. Keeler<br>ICE MILLER LLP<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>(212) 824-4940<br><br>Kenneth Sheehan<br>Kevin Adams<br>ICE MILLER LLP<br>200 Massachusetts Ave NW, Suite 400<br>Washington, DC 20001<br>(202) 824-8666<br><br>Dated: January 2, 2026 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for National Steel Car Limited* |