# PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON•**
MEGAN C. HANEY
TODD L. GOODMAN

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
•PENNSYLVANIA BAR
••NEW JERSEY BAR
+MARYLAND BAR

January 8, 2026

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

      RE*:*  *National Steel Car Limited v. FreightCar America, Inc.*,
           C.A. No. 24-594-JLH-CJB

Dear Judge Burke:

     Pursuant to the Scheduling Order entered in the above-referenced matter, the parties write to request the scheduling of a teleconference to address Defendants' Motion for Stay Pending *Inter Partes* Review (D.I. 183). Briefing on the motion is complete. Counsel are available should the Court have any questions.

                            Respectfully,

                            */s/ John C. Phillips, Jr.*

                            John C. Phillips, Jr. (#110)

cc:  All Counsel of Record (by CM/ECF & email)