IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
|     Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
|     v. | ) C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) |
| | ) |
|     Defendant/Counterclaim-Plaintiffs. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2026, the following document was served on LitFCAL.001L@knobbe.com and on the persons listed below in the manner indicated:

1. Plaintiff National Steel Car Limited's Final Infringement Claim Charts

**BY EMAIL**

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
dab@pgmhlaw.com

Justin J. Gillett
Sean M. Murray
KNOBBE, MARTENS, OSLON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
949-760-0404
justin.gillett@knobbe.com
sean.murray@knobbe.com

Brian C. Horne
KNOBBE, MARTENS, OSLON & BEAR, LLP
1925 Century Park East Suite 400
Los Angeles, CA 90067
brian.horne@knobbe.com

|  |  |
|---|---|
| | /s/ Emily S. DiBenedetto |
| | Andrew E. Russell (No. 5382) |
| | Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: | SHAW KELLER LLP |
| Safet Metjahic | I.M. Pei Building |
| Robert D. Keeler | 1105 North Market Street, 12th Floor |
| ICE MILLER LLP | Wilmington, DE 19801 |
| 1500 Broadway, Suite 2900 | (302) 298-0700 |
| New York, NY 10036 | arussell@shawkeller.com |
| (212) 824-4940 | edibenedetto@shawkeller.com |
| | *Attorneys for National Steel Car Limited* |

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: January 30, 2026