IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | )    C.A. No. 24-594-JLH-CJB |
| | ) |
| FREIGHTCAR AMERICA, INC., | ) |
| FREIGHTCAR NORTH AMERICA, LLC, | ) |
| JAC OPERATIONS, INC., AND | ) |
| FCA-FASEMEX, LLC, | ) |
| | ) |
| Defendant/Counterclaim-Plaintiffs. | ) |

## STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE

Plaintiff National Steel Car and Defendants FreightCar America Inc., FreightCar North America, LLC, JAC Operations, Inc., and FCA-FASEMEX, LLC, through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to the following changes[1] to the Scheduling Order (D.I. 38), including to accommodate completion of depositions:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Final Invalidity Contentions (¶ 6(g)) | Thursday, February 12, 2026 | No change |
| Fact Discovery Cut Off (¶ 7(a)) | Thursday, February 26, 2026 | Thursday, March 26, 2026 |
| Opening Expert Reports (¶ 7(f)(i)) | Thursday, March 19, 2026 | Thursday, April 9, 2026 |
| Rebuttal Expert Reports (¶ 7(f)(i)) | Thursday, April 16, 2026 | Thursday, May 7, 2026 |
| Reply Expert Reports (¶ 7(f)(i)) | Thursday, May 7, 2026 | Wednesday, May 20, 2026 |
| Expert Discovery Cutoff (¶ 7(a)) | Thursday, June 4, 2026 | Thursday, June 25, 2026 |
| Dispositive Motions Opening Briefs (¶ 17(a)) | Thursday, June 25, 2026 | Thursday, July 9, 2026 |
| Dispositive Motions Responsive Briefs (¶ 17(a)) | Thursday, July 16, 2026 | Thursday, July 30, 2026 |

---

[1] The parties have sent copies of this stipulation to their clients in accordance with Local Rule for the District of Delaware 16.4.

| | | |
|---|---|---|
| Dispositive Motions Reply Briefs (¶ 17(a)) | Thursday, July 30, 2026 | Friday, August 14, 2026 |
| Hearing on Dispositive and *Daubert* Motions (¶ 17(e)) | Wednesday, September 9, 2026 at 10:00 am | No change |
| Joint proposed final pretrial order (¶ 22) | Thursday, December 17, 2026 | No change |
| Jury instructions, voir dire and special verdicts form (¶ 23) | Thursday, December 17, 2026 | No change |
| Pretrial Conference (¶ 22) | Monday, January 4, 2027 at 3:00 pm | No change |
| Trial (¶ 24) | Monday, January 11, 2027 at 9:00/9:30am | No change |

The parties do not stipulate to any changes to case deadlines that are not included in the above chart.

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff National Steel Car Limited*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Defendant FreightCar America, Inc.*

Dated: February 11, 2026

SO ORDERED on this __ day of February, 2026.

_____
United States District Court Judge

2