IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) ) ) ) | |
| | ) | |
| Defendants/Counterclaim-Plaintiffs. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 27, 2026, the following documents were served on LitFCAL.001L@knobbe.com and on the persons listed below in the manner indicated:

1. Notice of Subpoena for Deposition Miner Enterprises, Inc.
2. Subpoena to Testify at a Deposition in a Civil Action Directed to Miner Enterprises, Inc.

**BY EMAIL**

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Justin J. Gillett
Sean M. Murray
Douglas B. Wentzel
Marko R. Zoretic
KNOBBE, MARTENS, OSLON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
justin.gillett@knobbe.com
sean.murray@knobbe.com
douglas.wentzel@knobbe.com
marko.zoretic@knobbe.com

|  |  |
|---|---|
| Brian C. Horne<br>KNOBBE, MARTENS, OSLON<br> & BEAR, LLP<br>1925 Century Park East Suite 400<br>Los Angeles, CA  90067<br>(310) 551-3450<br>brian.horne@knobbe.com | Gregory C. Schodde<br>Manuel A. Franco<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>(312) 775-8000<br>gschodde@mcandrews-ip.com<br>mfranco@mcandrews-ip.com |

OF COUNSEL:
Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: March 2, 2026

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for National Steel Car Limited*