IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., | ) | |
| FREIGHTCAR NORTH AMERICA, LLC, | ) | |
| JAC OPERATIONS, INC., AND | ) | |
| FCA-FASEMEX, LLC, | ) | |
| | ) | |
| Defendants/Counterclaim-Plaintiffs. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 26, 2026, the following documents were served on LitFCAL.001L@knobbe.com and on the persons listed below in the manner indicated:

1. Plaintiff National Steel Car Limited's Supplemental Objections and Responses to Defendants Freightcar America, Inc., et al's Interrogatory Nos. 1, 7, 11, and 16 and Amended Objections and Responses to Interrogatories No. 14, 18 and 23

2. Plaintiff National Steel Car Limited's Objections and Answers to Defendant Freightcar America, Inc.'s First Set of Requests for Admission (Nos. 1-30)

**BY EMAIL**

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Justin J. Gillett
Sean M. Murray
Douglas B. Wentzel
Marko R. Zoretic
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
justin.gillett@knobbe.com
sean.murray@knobbe.com
douglas.wentzel@knobbe.com
marko.zoretic@knobbe.com

Brian C. Horne
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
1925 Century Park East Suite 400
Los Angeles, CA  90067
(310) 551-3450
brian.horne@knobbe.com

OF COUNSEL:
Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: March 27, 2026

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for National Steel Car Limited*

2