**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 16, 2026, copies of the Opening Expert Report of

Dr. Mehdi Ahmadian Regarding Invalidity of U.S. Patent Nos 8,132,515 and 8,166,892, Expert

Report of Sylvia D. Hall-Ellis, Ph.D. and Expert Report of Stephen Ling were served on the

following counsel via electronic means:

| | |
|---|---|
| John W. Shaw | Safet Metjahic |
| Andrew E. Russell | Robert D. Keeler |
| SHAW KELLER LLP | ICE MILLER LLP |
| I.M. Pei Building | 1500 Broadway, Suite 2900 |
| 1105 North Market Street, 12th Floor | New York, NY 10036 |
| Wilmington, DE 19801 | (212) 824-4940 |
| (302) 298-0700 | Metjahic@icemiller.com |
| jshaw@shawkeller.com | Robert.Keeler@icemiller.com |
| arussell@shawkeller.com | |
| | Kenneth Sheehan |
| sknationalsteelcar@shawkeller.com | Kevin Adams |
| | ICE MILLER LLP |
| | 200 Massachusetts Ave NW, Suite 400 |
| | Washington, DC 20001 |
| | Ken.sheehan@icemiller.com |
| | Kevin.adams@icemiller.com |
| | |
| | im-nsclit@icemiller.com |

Dated: April 17, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants*

2