## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 24-594-JLH-CJB |
| FREIGHTCAR AMERICA, INC., FREIGHTCAR NORTH AMERICA, LLC, JAC OPERATIONS, INC., AND FCA-FASEMEX, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION

Plaintiff National Steel Car ("Plaintiff") and Defendants FreightCar America Inc., FreightCar North America, LLC, JAC Operations, Inc., and FCA-FASEMEX, LLC (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree that Defendants will not call at trial (1) former employee Celia Perez and/or (2) BLK Law Group or its employees, including Blynn Shideler, and Plaintiff will forego depositions of the same.

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys Plaintiff for National Steel Car Limited*

Dated: April 17, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Defendants*
*FreightCar America, Inc.,*
*FreightCar North America,*
*LLC, JAC Operations, Inc.,*
*and FCA-FASEMEX, LLC*