IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-594-JLH-CJB |
| | ) | |
| FREIGHTCAR AMERICA, INC., | ) | |
| FREIGHTCAR NORTH AMERICA, LLC, | ) | |
| JAC OPERATIONS, INC., AND | ) | |
| FCA-FASEMEX, LLC, | ) | |
| | ) | |
| Defendants/Counterclaim-Plaintiffs. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 16, 2026, the following documents were served

on LitFCAL.001L@knobbe.com and on the persons listed below in the manner indicated:

1. Expert Report of Ronald P. Sellberg Regarding Infringement of U.S. Patent Nos. 8,132,515 And 8,166,892

2. Expert Report of Raymond L. Bummer

**BY EMAIL**

John C. Phillips, Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Justin J. Gillett
Sean M. Murray
Douglas B. Wentzel
Marko R. Zoretic
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
justin.gillett@knobbe.com
sean.murray@knobbe.com
douglas.wentzel@knobbe.com
marko.zoretic@knobbe.com

Brian C. Horne
KNOBBE, MARTENS, OSLON
 & BEAR, LLP
1925 Century Park East Suite 400
Los Angeles, CA  90067
(310) 551-3450
brian.horne@knobbe.com

OF COUNSEL:
Safet Metjahic
Robert D. Keeler
ICE MILLER LLP
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940

Kenneth Sheehan
Kevin Adams
ICE MILLER LLP
200 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 824-8666

Dated: April 17, 2026

/s/ Emily S. DiBenedetto
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for National Steel Car Limited*

2