**CERTIFICATION PURSUANT TO STANDING ORDER**
**FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72**

With the understanding that the foregoing objections address the reasoning in the R&R, which is not necessarily identical to that of any party, Defendants hereby certify that the foregoing objections do not raise new legal or factual arguments.

_/s/ John C. Phillips_
John C. Philips, Jr. (#110)